IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| The Cliffs Communities, Inc., | ) | C.A. No. 6:08-3206-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION & ORDER** |
| vs. | ) | |
| | ) | |
| Scott Savlov, Savlov Consulting, Inc. | ) | |
| (d/b/a Scott Savlov Consulting, Inc.), | ) | |
| and Savlov-Weisman, LLC (d/b/a | ) | |
| Savlov-Weisman Productions, Inc.), | ) | |
| | ) | |
| Defendants. | ) | |

Savlov-Weisman, LLC ("Savlov-Weisman") is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Savlov-Weisman is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

                                                                             s/Henry M. Herlong, Jr.
                                                                             United States District Judge

Greenville, South Carolina
January 7, 2009